IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  JAMES T. MOORE | : | Bankruptcy No. 13-24716-JAD |
| HEATHER A. MOORE | : | |
| Debtors | : | |
| | : | Chapter 12 |
| JAMES  T. MOORE | : | |
| HEATHER A. MOORE | : | |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |
| Respondent (if none, then õNo Respondentö) | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_  Voluntary Petition - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
\_\_\_\_\_  Summary of Schedules
\_\_\_\_\_  Schedule A - Real Property
\_\_x\_\_  Schedule B - Personal Property
\_\_x\_\_  Schedule C - Property Claimed as Exempt
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims
      Check one:
          \_\_\_\_\_  Creditor(s) added
          \_\_\_\_\_  NO creditor(s) added
          \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_  Schedule E - Creditors Holding Unsecured Priority Claims
      Check one:
          \_\_\_\_\_  Creditor(s) added
          \_\_\_\_\_  NO creditor(s) added
          \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_  Schedule F - Creditors Holding Unsecured Nonpriority Claims
      Check one:
          \_\_\_\_\_  Creditor(s) added
          \_\_\_\_\_  NO creditor(s) added
          \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_  Schedule G - Executory Contracts and Unexpired Leases
      Check one:
          \_\_\_\_\_  Creditor(s) added
          \_\_\_\_\_  NO creditor(s) added
          \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_  Schedule H - Codebtors
\_\_\_\_\_  Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_  Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_  Statement of Financial Affairs
\_\_\_\_\_  Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_  Chapter 11 List of Equity Security Holders
\_\_\_\_\_  Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_  Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_  Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date:  12/7/2016_____            /s/Edgardo D. Santillan_____
                                           Attorney for Debtor(s) [or *pro se* Debtor(s)]

                                           Edgardo D. Santillan_____
                                           (Typed Name)

                                           775 Fourth St., Beaver, PA 15009_____
                                           (Address)

                                           724-770-1040_____
                                           (Phone No.)

                                           PA ID #60030_____
                                           List Bar I.D. and State of Admission


Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

B6B (Official Form 6B) (12/07)

In re **James T Moore,**  
    **Heather A Moore** ,  
Debtors

Case No. **13-24716**

## SCHEDULE B PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interest in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | J | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account with First Commonwealth Bank** | J | **500.00** |
| | | **Savings account with AT&T FCU** | J | **800.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. household goods, furnishings, furniture, appliances and electronics** | J | **10,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | **300.00** |
| 7. Furs and jewelry. | | **Wedding rings, misc. gold rings** | J | **500.00** |
| | | **(2) Fur coats** | W | **100.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Glock 45, .357 long barrel stainless, (2) 3--06, Marlin 30-30** | J | **2,000.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Group Term Life with employer** | W | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **14,220.00**  
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **James T Moore,**
**Heather A Moore**
,
Debtors

Case No. **13-24716**

## SCHEDULE B   PERSONAL PROPERTY- AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) with Alcatel Lucent** | W | 10,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock with Lucent** | W | 3.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **10,003.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **James T Moore,**
**Heather A Moore** , Case No. **13-24716**
Debtors

## SCHEDULE B PERSONAL PROPERTY- AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Personal Injury claim against Boston Scientific Corp. Pelvic Repair System Products Liability Litigation, U.S. District Court for the Southern District of West Virginia, MDL No. 2326. Debtors were offered $250,000.00 to settle, however, it is believed that a possible settlement value would be higher.** | **W** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Chevrolet 2500 HD Pickup with 80,000+ miles** | **J** | **10,000.00** |
| | | **2005 GMC Yukon with 190,000+ miles** | **J** | **3,000.00** |
| | | **1977 Ford Tilt Bed Truck** | **J** | **3,000.00** |
| | | **1989 Ford F450 Super Duty Truck** | **J** | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **6 Cows, 27 chickens. (Debtors are acquiring additional calves, cattle.)** | **J** | **5,500.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| | | | Sub-Total > (Total of this page) | **24,500.00** |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **James T Moore,**
**Heather A Moore**
_____, Debtors

Case No. **13-24716**

## SCHEDULE B PERSONAL PROPERTY  - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | | **John Deere 820 Tractor** | **J** | **5,000.00** |
| | | **Bobcat 610** | **J** | **2,500.00** |
| | | **5 ft Brush Hog** | **J** | **500.00** |
| | | **5ft Woods Finishing Mower** | **J** | **1,000.00** |
| | | **Round Bale Hay Hauler** | **J** | **400.00** |
| | | **Feeding troughs and holders** | **J** | **500.00** |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     **9,900.00**
(Total of this page)
Total >     **58,623.00**

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **James T Moore,**
**Heather A Moore**
, Debtors

Case No. **13-24716**

# SCHEDULE C   PROPERTY CLAIMED AS EXEMPT- AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *mo nt s  ect to ad stment on         and e ery t ree years t ereafter
it  respect to cases commenced on or after t e date of ad stment*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on Hand | 11 U.S.C. § 522(d)(5) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with First Commonwealth Bank | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| Savings account with AT&T FCU | 11 U.S.C. § 522(d)(5) | 800.00 | 800.00 |
| **Household Goods and Furnishings** | | | |
| Misc. household goods, furnishings, furniture, appliances and electronics | 11 U.S.C. § 522(d)(3) | 10,000.00 | 10,000.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| Wedding rings, misc. gold rings | 11 U.S.C. § 522(d)(4) | 500.00 | 500.00 |
| (2) Fur coats | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Glock 45, .357 long barrel stainless, (2) 3--06, Marlin 30-30 | 11 U.S.C. § 522(d)(5) | 2,000.00 | 2,000.00 |
| **Interests in Insurance Policies** | | | |
| Group Term Life with employer | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401(k) with Alcatel Lucent | 11 U.S.C. § 522(d)(12) | 10,000.00 | 10,000.00 |
| **Stock and Interests in Businesses** | | | |
| Stock with Lucent | 11 U.S.C. § 522(d)(5) | 3.00 | 3.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Personal Injury claim against Boston Scientific Corp. Pelvic Repair System Products Liability Litigation, U.S. District Court for the Southern District of West Virginia, MDL No.  2326. Debtors were offered $250,000.00 to settle, however, it is believed that a possible settlement value would be higher. | 11 U.S.C. § 522(d)(11)(D)<br>11 U.S.C. § 522(d)(11)(E)<br>11 U.S.C. § 522(d)(11)(B)<br>11 U.S.C. § 522(d)(11)(C) | 100%<br>100%<br>100%<br>100% | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Chevrolet 2500 HD Pickup with 80,000+ miles | 11 U.S.C. § 522(d)(2) | 4,100.00 | 10,000.00 |
| 2005 GMC Yukon with 190,000+ miles | 11 U.S.C. § 522(d)(5) | 3,000.00 | 3,000.00 |
| 1977 Ford Tilt Bed Truck | 11 U.S.C. § 522(d)(5) | 3,000.00 | 3,000.00 |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re **James T Moore,**
**Heather A Moore**
                                                                    , Debtors

Case No. **13-24716**

# SCHEDULE C   PROPERTY CLAIMED AS EXEMPT- AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **1989 Ford F450 Super Duty Truck** | **11 U.S.C. § 522(d)(5)** | **3,000.00** | **3,000.00** |
| **Animals** <br> **6 Cows, 27 chickens. (Debtors are acquiring additional calves, cattle.)** | **11 U.S.C. § 522(d)(6)** <br> **11 U.S.C. § 522(d)(5)** | **4,600.00** <br> **900.00** | **5,500.00** |
| **Farming Equipment and Implements** <br> **John Deere 820 Tractor** | **11 U.S.C. § 522(d)(5)** | **5,000.00** | **5,000.00** |
| **Bobcat 610** | **11 U.S.C. § 522(d)(5)** | **2,500.00** | **2,500.00** |
| **5 ft Brush Hog** | **11 U.S.C. § 522(d)(5)** | **500.00** | **500.00** |
| **5ft Woods Finishing Mower** | **11 U.S.C. § 522(d)(5)** | **1,000.00** | **1,000.00** |
| **Round Bale Hay Hauler** | **11 U.S.C. § 522(d)(5)** | **400.00** | **400.00** |
| **Feeding troughs and holders** | **11 U.S.C. § 522(d)(5)** | **500.00** | **500.00** |
| | Total: | **52,723.00** | **58,623.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO. 13-24716-JAD |
| ) | |
| JAMES T. MOORE and ) | CHAPTER 12 |
| HEATHER A. MOORE ) | |
|     DEBTORS ) | |

### CERTIFICATE OF SERVICE

    I, Edgardo D. Santillan  Esquire, do hereby state that a true and correct copy of the foregoing Amended Schedules B& C were served on the following by **CM/ECF email noticing** on the  7th  day December 2016:

Office of the U.S. Trustee
Suite 970, Liberty Center
Pittsburgh, PA 15222


**ALL CREDITORS ON THE COURTS OFFICIAL MAILING MATRIX. (SEE ATTACHED)
VIA FIRST CLASS MAIL**


| | |
|---|---|
| 12-7-16 | /s/ Edgardo D. Santillan |
| Date | Edgardo D. Santillan, Esquire |
| | PA ID NO. 60030 |
| | 775 Fourth St. |
| | Beaver, PA 15009 |
| | 724-770-1040 |
| | eds@debtlaw.com |

```
Label Matrix for local noticing          Duquesne Light Company                  Recovery Management Systems Corporation
0315-2                                   c/o Peter J. Ashcroft                   25 S.E. Second Avenue
Case 13-24716-JAD                        2200 Gulf Tower                         Suite 1120
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219                    Miami, FL 33131-1605
Pittsburgh
Wed Dec  7 12:31:11 EST 2016

2                                        Ally Financial                          Ally Financial serviced by Ally Servicing LL
U.S. Bankruptcy Court                    200 Renaissance Ctr                     PO Box 130424
5414 U.S. Steel Tower                    Detroit, MI 48243-1300                  Roseville, MN 55113-0004
600 Grant Street
Pittsburgh, PA 15219-2703


Caliber Home Loans                       Caliber Home Loans, Inc.                Caliber Home Loans, Inc.
PO Box 619063                            13801 Wireless Way                      PO Box 24610
Dallas, TX 75261-9063                    Oklahoma City, OK 73134-2500            Oklahoma City, OK 73124-0610



Credit Management Co                     Duquesne Light Company                  Midland Funding
2121 Noblestown Rd                       c/o Bernstein-Burkley, P.C.             8875 Aero Dr
Pittsburgh, PA 15205-3956                707 Grant Street                        San Diego, CA 92123-2255
                                         Suite 2200 Gulf Tower
                                         Pittsburgh, PA 15219-1908


National Recovery Agen                   Natl Hosp Collections                   Nco Fin/55
2491 Paxton St                           Po Box 699                              Po Box 13570
Harrisburg, PA 17111-1036                Morgantown, WV 26507-0699               Philadelphia, PA 19101



Office of the United States Trustee      PHFA-HEMAP                              (p)PENNSYLVANIA HOUSING FINANCE AGENCY
Liberty Center.                          2101 N. Front Street                    211 NORTH FRONT STREET
1001 Liberty Avenue, Suite 970           Harrisburg, PA 17110-1086               HARRISBURG PA 17101-1406
Pittsburgh, PA 15222-3721



(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Recovery Management Systems Corporation Sears/cbna
PO BOX 41067                             25 S.E. 2nd Avenue, Suite 1120          Po Box 6189
NORFOLK VA 23541-1067                    Miami, FL 33131-1605                    Sioux Falls, SD 57117-6189



U.S. Bank Trust, N.A. as trustee for     Edgardo D. Santillan                    Felicia E. Santillan
VOLT Asset Holdings Trust XVI            Santillan Law Firm, P.C.                950 Corporation Street, Suite 304
13801 Wireless Way                       775 Fourth Street                       Beaver,, PA 15009-2625
Oklahoma City, OK 73134-2500             Beaver, PA 15009-2108



Heather A Moore                          James T Moore                           Philip J. McHale III
163 Upper Service Road                   163 Upper Service Road                  600 Grant Street, Suite 3250
Hookstown, PA 15050-1447                 Hookstown, PA 15050-1447                Pittsburgh, PA 15219-2719



Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PHFA/HEMAP
211 NORTH FRONT ST
PO BOX 8029
HARRISBURG, PA 17105

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)VOLT Asset Holdings Trust XVI, by Caliber

End of Label Matrix
Mailable recipients   27
Bypassed recipients    1
Total                 28