# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James T Moore and Heather A Moore <br>         <u>Debtor(s)</u> | CHAPTER 12 <br><br> BKY. NO. 13-24716 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of VOLT Asset Holdings Trust XVI, by Caliber Home Loans, Inc., solely in its capacity as servicer, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4866

                                          Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          jwarmbrodt@kmllawgroup.com
                                          Attorney I.D. No. 42524
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          Phone: 215-825-6306
                                          Fax: 215-825-6406
                                          Attorney for Movant/Applicant