UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-24716-JAD |
| | ) | |
| JAMES T. MOORE | ) | |
| HEATHER A. MOORE (deceased) | ) | CHAPTER 12 |
| | ) | |
| DEBTORS | ) | Related Doc #84 & 85 |
| | ) | |
| JAMES T. MOORE | ) | |
| HEATHER A. MOORE (deceased), | ) | |
| | ) | Hearing Date: 3/8/2017 @ 9:30a.m. |
| MOVANTS | ) | |
| VS. | ) | |
| | ) | |
| NO RESPONDENT | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO MODIFY PLAN**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Modify Plan was filed on January 24, 2017 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Modify Plan Payment appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion to Modify Plan Payment were to be filed and served no later than February 27, 2017.

It is hereby respectfully requested that the Order to the Motion to Modify be entered by the Court.


Dated: February 28, 2017          **/s/ Edgardo D. Santillan**
                                  Edgardo D. Santillan, Esquire
                                  PA ID# 60030
                                  SANTILLAN LAW FIRM, PC.
                                  775 Fourth St.
                                  Beaver, PA 15009
                                  724-770-1040
                                  EDS@DEBTLAW.COM