IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-24716-JAD |
| | ) | |
| JAMES T. MOORE | ) | |
| HEATHER A. MOORE (deceased) | ) | CHAPTER 12 |
| | ) | |
| | ) | DOC # 84 |
| DEBTORS | ) | |
| | ) | RELATED TO DOC. 68, 72 |
| JAMES T. MOORE | ) | |
| HEATHER A. MOORE (deceased), | ) | HEARING DATE: |
| | ) | |
| MOVANTS | ) | |
| VS. | ) | |
| | ) | |
| NO RESPONDENT | ) | |

## ORDER OF COURT

AND NOW, this _28th_ day of _Feb_____, 2017, upon consideration of the Debtors' Motion to Modify their Plan pursuant to 11 U.S.C. § 1229(a)(1), upon consideration of same, it is hereby:

**ORDERED, ADJUDGED and DECREED** that the Debtors' Motion is **GRANTED**. An amended plan shall be filed within thirty (30) days.

BY THE COURT:

_____
Jeffery A. Deller, Chief Judge
U.S. Bankruptcy Court

cc: Debtors
Edgardo D. Santillan, Esquire
Ronda J. Winnecour, Chapter 12 Trustee
U.S. Trustee

FILED
2/28/17 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James T Moore
Heather A Moore
      Debtors

Case No. 13-24716-JAD
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1      Date Rcvd: Feb 28, 2017
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.
db/jdb        +James T Moore,   Heather A Moore,   163 Upper Service Road,   Hookstown, PA 15050-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
           Inc., solely in its capacity as servicer agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Defendant   Caliber Home Loans agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Edgardo D. Santillan    on behalf of Spec. Counsel Felicia E. Santillan eds@debtlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
          Edgardo D. Santillan    on behalf of Plaintiff James T Moore eds@debtlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
          Edgardo D. Santillan    on behalf of Plaintiff Heather A Moore eds@debtlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
          Edgardo D. Santillan    on behalf of Joint Debtor Heather A Moore eds@debtlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
          Edgardo D. Santillan    on behalf of Debtor James T Moore eds@debtlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
          James Warmbrodt    on behalf of Creditor   VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
           Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                                               TOTAL: 12