UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES T. MOORE | : | CASE NO. 13-24716-JAD |
| HEATHER A. MOORE (deceased) | : | |
| | : | |
| Debtor, | : | CHAPTER 12 |
| _____ | : | |
| JAMES T. MOORE | : | DOCUMENT NO. 90 & 91 |
| HEATHER A. MOORE (deceased) | : | |
| | : | |
| Movants, | : | HEARING DATE: 5/3/2017 @ 10:00a.m. |
| vs. | : | |
| | : | |
| NO RESPONDENT, | : | |
| | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE SPECIAL COUNSELFOR THE ESTATE OF HEATHER MOORE

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Special Counsel filed on March 21, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Special Counsel appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Special Counsel were to be filed and served no later than April 7, 2017.

     It is hereby respectfully requested that the Order to the Motion to Approve Special Counsel be entered by the Court.

Dated: April 10, 2017

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID# 60030
SANTILLAN LAW FIRM, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com