**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-24716-JAD |
| | ) | |
| JAMES T. MOORE | ) | |
| HEATHER A. MOORE (deceased) | ) | CHAPTER 12 |
| | ) | |
| DEBTORS | ) | |
| _____ | ) | RELATED TO DOC. No. 90 |
| JAMES T. MOORE | ) | |
| HEATHER A. MOORE (deceased), | ) | |
| | ) | |
| MOVANTS | ) | |
| VS. | ) | |
| | ) | |
| NO RESPONDENT | ) | |

## ORDER APPROVING APPLICATION FOR SPECIAL COUNSEL

AND NOW, this 11th day of April, 2017, upon consideration of the Debtors' Application to Engage Special Counsel and to Incur Legal Fees, upon consideration of same, it is hereby:

**ORDERED, ADJUDGED and DECREED** that the Debtors' Motion is **GRANTED**.

Felicia E. Santillan and Santillan Law Firm, P.C. are hereby appointed as *Special Counsel* for the Estate/Debtors pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above referenced Motion/Application for the limited purpose of Opening and Administering of the Estate of Heather A. Moore, including the Administration and/or Prosecution of Potential Personal Injury, Worker's Compensation and/or Wrongful Death Causes of Action against against Boston Scientific and/or CTDI, as referenced to in the foregoing Motion/Application, provided however, no settlement of any claim is to occur without prior Court Order after notice and hearing.

Page 1 of 2

Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees in the requested amount. Final compensation awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above mentioned factors in granting approval by Court Order.

Applicant shall serve the within Order on all interested parties and file a certificate of service.

FILED
4/11/17 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

4-11-2017

BY THE COURT:

_____
Jeffery A. Deller, Chief Judge
U.S. Bankruptcy Court

cc:    Debtors
       Edgardo D. Santillan, Esquire
       Felicia E. Santillan, Esquire
       Ronda J. Winnecour, Chapter 12 Trustee
       U.S. Trustee

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-24716-JAD
James T Moore                                                   Chapter 12
Heather A Moore
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: lfin                   Page 1 of 1              Date Rcvd: Apr 11, 2017
                               Form ID: pdf900              Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
```
db/jdb         +James T Moore,   Heather A Moore,   163 Upper Service Road,   Hookstown, PA 15050-1447
sp             +Felicia E. Santillan,   950 Corporation Street, Suite 304,   Beaver,, PA 15009-2625
sp             +Felicia E. Santillan,   Santillan Law Firm, P.C.,   775 Fourth Street,   Beaver, PA 15009-2108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Defendant    Caliber Home Loans agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Plaintiff James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              James Warmbrodt    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 12