# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JAMES T & HEATHER A MOORE |
| **Case Number:** | 13-24716-JAD          **Chapter:** 12 |
| **Date / Time / Room:** | TUESDAY, JUNE 27, 2017 11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
6/30/17 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#95 - Continued Confirmation of Plan Dated 3/30/2017 (FC)
[authorized telephonic participation]
**R / M #:**  95 / 0

### *Appearances:* Santilkan

Debtor:
Trustee: (Winnecour) / Bedford / Pail / Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. \_\_✓\_\_ Plan/Motion continued to  7-25-17  at  11:30 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

~~Call Santi's FRS~~ Statud confuence will be
(all in number ie)
telephonic
412 - 304 - 0132

6/19/2017  11:10:18AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-24716-JAD
James T Moore                                                       Chapter 12
Heather A Moore
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel           Page 1 of 1           Date Rcvd: Jun 30, 2017
                               Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2017.
db/jdb          +James T Moore,    Heather A Moore,    163 Upper Service Road,    Hookstown, PA 15050-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                              Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2017 at the address(es) listed below:
              Andrew F Gornall   on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall   on behalf of Defendant    Caliber Home Loans agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan   on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan   on behalf of Plaintiff James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan   on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan   on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan   on behalf of Debtor James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              James Warmbrodt   on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour   on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 12