# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | JAMES T & HEATHER A MOORE |
| **Case Number:** | 13-24716-JAD          **Chapter:** 12 |
| **Date / Time / Room:** | TUESDAY, JULY 25, 2017 11:30 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#95 Status Conference on Chapter 12 Plan Dated 3/30/2017 (FC)
[conference to be held by phone call 412-304-0132]
**R / M #:**  95 / 0

FILED
8/4/17 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Appearances:*

Debtor: *Sarah Kan*
Trustee: (Winnecour) / Bedford / Pail / Katz
Creditor:

### *Proceedings:*

Outcome: *Continued*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to *60*, effective *7/17*
7. ✓ Plan/Motion continued to *9-26-17* at *11:30*

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:   *Hearing Motion will be telephonic — Call in*
    *number is 412.304.0132 —*

7/17/2017   4:06:34PM