# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JAMES T & HEATHER A MOORE |
| **Case Number:** | 13-24716-JAD    **Chapter:** 12 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 26, 2017 11:30 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/29/17 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#95 Continued Status Conference on Chapter 12 Plan Dated 3/30/2017 (FC)
R / M #:  95 / 0

*Appearances:*

Debtor: [signature] San Villar
Trustee: **Winnecour** / Bedford / Pail / Katz

Creditor:

*Proceedings:*

Outcome: **Continued**

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ✓ Plan/Motion continued to 12-5-17 at 11:00.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ✓ Other:

Conciliation will be telephonic - call in number is 412-304-0132

[signature] Counsel

9/18/2017  10:30:18 AM