2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-24716-JAD
Chapter 12

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| James T Moore<br>163 Upper Service Road<br>Hookstown PA 15050 | Heather A Moore<br>163 Upper Service Road<br>Hookstown PA 15050 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/26/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB
P.O. Box 5001
Westfield, IN 46074

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/29/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James T Moore
Heather A Moore
     Debtors

Case No. 13-24716-JAD
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1      Date Rcvd: Sep 27, 2017
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13823290      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 28 2017 01:18:58      Caliber Home Loans, Inc.,
         13801 Wireless Way,    Oklahoma City, OK 73134-2500
                                                                                                                                                                        TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2017 at the address(es) listed below:
         Andrew F Gornall     on behalf of Creditor     VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
         Inc., solely in its capacity as servicer agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall     on behalf of Defendant    Caliber Home Loans agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Edgardo D. Santillan     on behalf of Plaintiff James T Moore ed@santillanlaw.com,
         edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
         Edgardo D. Santillan     on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
         edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
         Edgardo D. Santillan     on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
         edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
         Edgardo D. Santillan     on behalf of Debtor James T Moore ed@santillanlaw.com,
         edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
         Edgardo D. Santillan     on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
         edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
         James Warmbrodt     on behalf of Creditor     VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
         Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
         Michael J Shavel     on behalf of Creditor     Wilmington savings fund society, fsb as trustee for
         Upland Mortgage Loan Trust A mshavel@hillwallack.com,     mosbeck@hillwallack.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
         Ronda J. Winnecour     on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                                                                      TOTAL: 13