# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | JAMES T & HEATHER A MOORE |
| **Case Number:** | 13-24716-JAD          **Chapter:** 12 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 05, 2017 11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
12/6/17 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#95 Continued Amended Chapter 12 Plan Dated 3/30/2017 (FC)
R / M #:  95 / 0

### *Appearances:*

Debtor: *[signature]*
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

### *Proceedings:*

Outcome: *Continued*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __✓__ Plan/Motion continued to _2-13-18_ at _11:00 A.m_

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. __✓__ Other:

*Conciliation will be telephonic*

*412-304-0132*