IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-24716-JAD |
| | ) | |
| JAMES T. MOORE | ) | CHAPTER 12 |
| HEATHER A. MOORE (DECEASED) | ) | |
| | ) | |
|     DEBTORS | ) | |
| _____ | ) | Document No. |
| JAMES T. MOORE | ) | |
| HEATHER A. MOORE (DECEASED) | ) | |
| | ) | |
|     MOVANTS. | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| LAW OFFICES OF ROBERT J. | ) | |
| FENSTERSHEIB & ASSOCIATES, P.A. | ) | |
| | ) | |
| RESPONDENT. | ) | |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2017, upon consideration of the Application to Employ Law Offices of Robert J. Fenstersheib and Associates as Special Counsel for the Debtor, *Nunc Pro Tunc.*, counsel for the Debtor in her personal injury claim, for approval of employment as special counsel and attorneys' fees; and it appearing that cause is therefore shown by the application, that no adverse interests are represented, and that no notice is required; and that it further appearing that the law firm of Law Offices of Robert J. Fenstersheib of 520 West Hallandale Beach Blvd., Hallandale Beach, FL 33009 is well qualified to perform the duties of legal counsel to the Debtor, and that said firm represents or holds no interest adverse to the Debtor or the Creditors thereof in matters upon which it is to be engaged, and that the members of said firm are disinterested persons as that firm is defined in 11 U.S.C. § 101 (14) and that the members of said firm qualify for employment as professional persons by the Debtor under the provisions of 11 U.S.C. §327. In further appearing that employment of said law firm upon a contingent fee agreement and otherwise set forth in the application as

necessary and in the best interest of the Debtor; it is therefore Ordered, that the employment in accordance with the application of Law Offices of Robert Fenstersheib & Associates to represent the Debtor in her capacity as Special Counsel to the Debtor in the above captioned case and is hereby, in all respects approved; Entered at Pittsburgh Pennsylvania *nunc pro tunc* to the date of the filing of the original petition.

**BY THE COURT:**

_____
Chief Judge Deller
United States Court Bankruptcy Judge