UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES T. MOORE | : | CASE NO. 13-24716-JAD |
| HEATHER A. MOORE  (deceased) | : | |
| | : | |
| Debtor, | : | CHAPTER 12 |
| | : | |
| JAMES T. MOORE | : | DOCUMENT NO. 118 & 119 |
| HEATHER A. MOORE (deceased) | : | |
| | : | |
| Movants, | : | HEARING DATE: 1/10/2018 @ 10:00a.m.. |
| vs. | : | |
| | : | |
| LAW OFFICES OF ROBERT J. FENSTERSHEIB | : | |
| & ASSOCIATES, P.A. | : | |
| | : | |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
NUNC PRO TUNC APPLICATION TO EMPLOY SPECIAL COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Special Counsel filed on December 15, 2017 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Special Counsel appears thereon.  Pursuant to the Notice of Hearing, objections to the Application to Employ Special Counsel were to be filed and served no later than January 2, 2018.

It is hereby respectfully requested that the Order to the Nunc Pro Tunc Application to Employ Special Counsel be entered by the Court.

Dated: January 4, 2018

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID# 60030
SANTILLAN LAW FIRM, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com