UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES T. MOORE | : | CASE NO. 13-24716-JAD |
| HEATHER A. MOORE (deceased) | : | |
| | : | |
| Debtor, | : | CHAPTER 12 |
| _____ | : | |
| JAMES T. MOORE | : | DOCUMENT NO. 120 & 121 |
| HEATHER A. MOORE (deceased) | : | |
| | : | |
| Movants, | : | HEARING DATE: 1/10/2018 @ 10:00a.m.. |
| vs. | : | |
| | : | |
| LAW OFFICES OF ROBERT J. FENSTERSHEIB | : | |
| & ASSOCIATES, P.A. | : | |
| | : | |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
NUNC PRO TUNC MOTION TO APPROVE SETTLEMENT**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Settlement filed on December 15, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Settlement appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Settlement were to be filed and served no later than January 2, 2018.

    It is hereby respectfully requested that the Order to the Nunc Pro Tunc Motion to Approve Settlement be entered by the Court.

Dated: January 4, 2018                      **/s/ Edgardo D. Santillan**
                                                      Edgardo D. Santillan, Esquire
                                                      PA ID# 60030
                                                      SANTILLAN LAW FIRM, P.C.
                                                      775 Fourth St.
                                                      Beaver, PA 15009
                                                      724-770-1040
                                                      ed@santillanlaw.com