UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JAMES T & HEATHER A MOORE
**Case Number:** 13-24716-JAD       **Chapter:** 12

**Date / Time / Room:** WEDNESDAY, JANUARY 10, 2018 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Application To Employ Law Office of Robert J. Fenstersheib and Associates As Special Counsel, Nunc Pro Tunc filed by Debtor
- No Response Filed [Due 1/2/2018]
R / M #:  118 / 0

— CWO FILED ON 1/4/18

## Appearances:

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): Edgardo D. Santillian, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER: 30
    ✓ For At Least 30 Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- o/e 1/10/18 setting hearing

FILED
1/10/18 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge