# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | JAMES T & HEATHER A MOORE |
| **Case Number:** | 13-24716-JAD    **Chapter:** 12 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 10, 2018 10:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | JEFF FURIS |
| **Reporter / ECR:** | N/A |

## Matter:

Nunc Pro Tunc Motion To Approve Personal Injury Settlement filed by Debtor
- No Response Filed [Due 1/2/18]
R / M #:  120 /  0
- CWO FILED ON 1|4|18

## Appearances:

TRUSTEE:  WINNECOUR/ KATZ / PAIL
DEBTOR(S):Edgardo D. Santillian, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
   ✓ For At Least  30  Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at
   _____
   _____ To Conciliation Conference For _____ at
   _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order -  NONJURY  /  JURY
   _____ Simple / Pretrial Order - NONJURY  /  JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:


- o/e 1/10/18 setting hearing

FILED
1/10/18 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge