# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES T. MOORE AND
HEATHER A. MOORE,

      Debtor(s).

: Bankruptcy No. **13-24716 JAD**
:
:
:
: Chapter 12
:
: Docs. # 118 and 120
:

## ORDER

**AND NOW**, this **10th** day of **January, 2018**, a hearing having been held on January 10, 2018 on the *Application To Employ Law Offices of Robert J. Fenstersheib and Associates As Special Counsel For the Debtor, Nunc Pro Tunc* filed at Document No. 118, and the *Nunc Pro Tunc Motion To Approve Personal Injury Settlement* filed at Document No. 120,

It is hereby **ordered** that the hearing on said matters are **continued** to February 9, 2018, at 10:00 AM in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

It is further **ordered** that a representative of the Law Office of Robert J. Fenstersheib and Associates shall personal appear at the February 9, 2018 hearing and counsel for the debtors shall serve this order on all interested parties and file a certificate of service.

                                                        /s/ jsf
                                          **JEFFERY A. DELLER**
                                          Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

    Edgardo D. Santillian, Esq.

FILED
1/10/18 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00023093

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-24716-JAD
James T Moore                                                         Chapter 12
Heather A Moore
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1              Date Rcvd: Jan 10, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.
db/jdb         +James T Moore,   Heather A Moore,   163 Upper Service Road,   Hookstown, PA 15050-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Defendant    Caliber Home Loans agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Plaintiff James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Debtor James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
              Michael J Shavel    on behalf of Creditor    Wilmington savings fund society, fsb as trustee for
               Upland Mortgage Loan Trust A mshavel@hillwallack.com, mosbeck@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 13