IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>JAMES T MOORE and<br>HEATHER A MOORE | : | CASE NO. 13-24716-JAD |
| Debtors, | : | CHAPTER 12 |
| JAMES T MOORE and<br>HEATHER A MOORE | : | DOCUMENT NO.   136<br>Related to Docs. # 118 and 120 and 131 |
| Movants,<br>vs. | : | HEARING DATE: 2/9/18 @ 10:00 a.m. |
| NO RESPONDENT, | : | |
| Respondent | : | |

**ORDER OF COURT**

**AND NOW,** to-wit, this 30th day of January, 2018, upon consideration of the foregoing Exparte Motion to Reschedule Hearings, and it appearing that sufficient information and/or issues have been presented by Debtor's Counsel which may require addtitional Self Scheduled Motions to be prepared, filed, and Noticed, and futher that Debtor's Counsel has another issue which precludes him from attending the hearings set for February 9, 2018, and for good cause shown,  it is hereby:

**ORDERED, ADJUDGED and DECREED** that the hearings scheduled for February 9, 2018 @ 10:00 a.m., are rescheduled for March 7, 2018 at 10:00 a.m., in Courtroom D, 54th Floor, Pittsburgh PA 15219.   Counsel for the Debtor shall serve this Order on all interested parties and file a certificate of service.

**BY THE COURT:**

_____jsf
**JEFFERY A. DELLER, CHIEF JUDGE**
**UNITED STATES BANKRUPTCY COURT**

cc:    Edgardo D. Santillan, Esquire,

FILED
1/30/18 8:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James T Moore
Heather A Moore
    Debtors

Case No. 13-24716-JAD
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Jan 30, 2018
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
db/jdb      +James T Moore,    Heather A Moore,   163 Upper Service Road,   Hookstown, PA 15050-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:
           Andrew F Gornall    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans, Inc., solely in its capacity as servicer agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Andrew F Gornall    on behalf of Defendant    Caliber Home Loans agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Edgardo D. Santillan    on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
           Edgardo D. Santillan    on behalf of Plaintiff James T Moore ed@santillanlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
           Edgardo D. Santillan    on behalf of Plaintiff Heather A Moore ed@santillanlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
           Edgardo D. Santillan    on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
           Edgardo D. Santillan    on behalf of Debtor James T Moore ed@santillanlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
           James Warmbrodt    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans, Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
           Michael J Shavel    on behalf of Creditor    Wilmington savings fund society, fsb as trustee for Upland Mortgage Loan Trust A mshavel@hillwallack.com, mosbeck@hillwallack.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                                       TOTAL: 13