**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case Number: 13-24716-JAD |
| JAMES T. MOORE and | : | CHAPTER 12 |
| HEATHER A. MOORE (deceased) | : | |
| DEBTORS. | : | Document No.   125 |
| FELICIA E.. SANTILLAN, ESQUIRE | : | |
| APPLICANT | : | Hearing Date: |
| vs. | : | |
| NO RESPONDENT | : | |

**ORDER OF COURT**

AND NOW, to-wit, this ___30th___ day of __January__, 2018, the **APPLICATION OF FELICIA E. SANTILLAN, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTOR** is approved in the amount of **$2,032.00**, which represents $2,032.00 in fees and $0.00 in costs for services rendered on behalf of the Debtor for the period between December 11, 2014 through December 6, 2017.

The amount of $2,032.00 shall be paid by the Chapter 12 Trustee from funds on hand in trustee's next distribution.

BY THE COURT:

_____ jsf
Jeffery A. Deller,
Chief Judge,
U.S. Bankruptcy Court

FILED
1/30/18 9:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-24716-JAD
James T Moore                                                   Chapter 12
Heather A Moore
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: lfin              Page 1 of 1              Date Rcvd: Jan 30, 2018
                             Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
```
db/jdb         +James T Moore,    Heather A Moore,    163 Upper Service Road,    Hookstown, PA 15050-1447
sp             +Felicia E. Santillan,    950 Corporation Street, Suite 304,    Beaver,, PA 15009-2625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor   VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
           Inc., solely in its capacity as servicer agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Defendant    Caliber Home Loans agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Edgardo D. Santillan    on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Edgardo D. Santillan    on behalf of Plaintiff James T Moore ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Edgardo D. Santillan    on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Edgardo D. Santillan    on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Edgardo D. Santillan    on behalf of Debtor James T Moore ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor   VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
           Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
          Michael J Shavel    on behalf of Creditor   Wilmington savings fund society, fsb as trustee for
           Upland Mortgage Loan Trust A mshavel@hillwallack.com, mosbeck@hillwallack.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```