**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case Number: 13-24716-JAD |
| JAMES T. MOORE and | : | CHAPTER 12 |
| HEATHER A. MOORE (deceased) | : | |
| DEBTORS. | : | Document No. 127 |
| FELICIA E.. SANTILLAN, ESQUIRE | : | |
| APPLICANT | : | |
| vs. | : | |
| NO RESPONDENT | : | |

### ORDER OF COURT

**AND NOW**, to-wit, this __30th__ day of _January_, 2018, the **APPLICATION OF FELICIA E. SANTILLAN, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTOR AS COUNSEL FOR THE ESTATE OF HEATHER MOORE** is approved in the amount of **$4,000.00**, which represents $3,500.00 in fees and $500.00 in costs for services rendered on behalf of the Debtors for the period between April 11, 2017 through December 6, 2017.

The amount of $4,000.00 may be paid by the Chapter 12 Trustee from funds on hand in trustee's next distribution or from settlement funds received by James T. Moore relating to the personal injury litigation. If paid by the Debtor, a report of payment shall be filed by Attorney Felicia Santillan within 5 days thereof.

**BY THE COURT:**

_____   jsf
Jeffery A. Deller,
Chief Judge,
U.S. Bankruptcy Court

FILED
1/30/18 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                        Case No. 13-24716-JAD
James T Moore                                                 Chapter 12
Heather A Moore
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin              Page 1 of 1             Date Rcvd: Jan 30, 2018
                               Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
db/jdb         +James T Moore,   Heather A Moore,   163 Upper Service Road,   Hookstown, PA 15050-1447
sp             +Felicia E. Santillan,   950 Corporation Street, Suite 304,   Beaver,, PA 15009-2625
sp             +Felicia E. Santillan,   Santillan Law Firm, P.C.,   775 Fourth Street,   Beaver, PA 15009-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Defendant    Caliber Home Loans agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Plaintiff James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
              Michael J Shavel    on behalf of Creditor    Wilmington savings fund society, fsb as trustee for
               Upland Mortgage Loan Trust A mshavel@hillwallack.com,  mosbeck@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13