**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/29/2018

IN RE:

JAMES T MOORE
HEATHER A MOORE
163 UPPER SERVICE ROAD
HOOKSTOWN, PA 15050
XXX-XX-0181          Debtor(s)

XXX-XX-4786

Case No.13-24716 CMB

Chapter 12

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 12 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

The Trustee has authority to pay claims based on the terms of the chapter 12 plan and of the order confirming the plan, summarized as follows:

1. Claims expressly provided for in the confirmed plan are paid in accordance with the plan or the order confirming the plan.
2. Creditors not specifically identified in Parts 1 - 15 of the plan, dealing with secured, priority and specially classified unsecured claims, are included in the class of general unsecured claims, and shall be paid in that manner. [So provided in the plan]
3. Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record, (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects. The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor. [So provided in the plan]
4. Late-filed claims will not be paid unless all timely filed claims have been paid in full. Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within 30 days of filing the claim. [So provided in the plan]
5. Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response. [So provided in the order confirming the plan]
6. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to 11 U.S.C.§1322(b)(2), this shall not be construed to change the payment terms established in the Plan. [So provided in the order confirming the plan]

The following claim information is derived from the debtor(s)' schedules, chapter 12 plan and/or proofs of claim. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this notice.  This notice should not be construed as altering the deadlines for filing objections to claims as set forth in the Federal Rules of Bankruptcy Procedure, the confirmed chapter 12 plan, or the order confirming the chapter 12 plan.

Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan).

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

/s/ RONDA WINNECOUR
RONDA J WINNECOUR PA ID #30399
OFFICE OF THE CHAPTER 12 TRUSTEE
WDPA
SUITE 3250 US STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA  15219
(412) 471-5566

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/29/2018

/s/Trustee'sAdministrativAssistant
OFFICE OF THE CHAPTER 12 TRUSTEE
WDPA
SUITE 3250 US STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA  15219
(412) 471-5566

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Rates | Description |
|---|---|---|---|
| **ALLY FINANCIAL**<br>POB 78367<br><br>PHOENIX, AZ  85062 | Trustee Claim Number: 1<br>Court Claim Number: 1<br><br>CLAIM: 5,381.03<br>COMMENT: $PL&CL@5%@MDF/CNF*DK*004910201539 | INT %: 5.00%<br>CRED %: 100.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1539<br><br>MO. PMT.: $161.27 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB FOR**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>POB 5001<br><br>WESTFIELD, IN  46074 | Trustee Claim Number: 2<br>Court Claim Number: 4<br><br>CLAIM: 0.00<br>COMMENT: MTG*158k SEC/OE*PMT/PL*W24*DKT*FR CALIBER*DOC 109 | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 3423<br><br>MO. PMT.: $848.18 |
| **PHFA(*)**<br>ATTN.: LOAN SERVICING<br>PO BOX 15057<br><br>HARRISBURG, PA  17105-5057 | Trustee Claim Number: 3<br>Court Claim Number: 2<br><br>CLAIM: 54,467.50<br>COMMENT: 2ND MTG*UNS/OE*HEMAP | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2025393<br><br>MO. PMT.: $0.00 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205 | Trustee Claim Number: 4<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4197059<br><br>MO. PMT.: $0.00 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205 | Trustee Claim Number: 5<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3645444<br><br>MO. PMT.: $0.00 |
| **MIDLAND FUNDING**<br>8875 AERO DR<br><br>SAN DIEGO, CA  92123 | Trustee Claim Number: 6<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8563660549<br><br>MO. PMT.: $0.00 |
| **MIDLAND FUNDING**<br>8875 AERO DR<br><br>SAN DIEGO, CA  92123 | Trustee Claim Number: 7<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8547299412<br><br>MO. PMT.: $0.00 |
| **NATIONAL RECOVERY AGEN**<br>2491 PAXTON ST<br><br>HARRISBURG, PA  17111 | Trustee Claim Number: 8<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 31293697<br><br>MO. PMT.: $0.00 |
| **NATIONAL RECOVERY AGEN**<br>2491 PAXTON ST<br><br>HARRISBURG, PA  17111 | Trustee Claim Number: 9<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 20603922<br><br>MO. PMT.: $0.00 |
| **NATIONAL RECOVERY AGEN**<br>2491 PAXTON ST<br><br>HARRISBURG, PA  17111 | Trustee Claim Number: 10<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 0.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 20604093<br><br>MO. PMT.: $0.00 |

| Creditor | Trustee Claim # | INT % | CRED % | CRED DESC | Account No. | Claim | Mo. Pmt. |
|---|---|---|---|---|---|---|---|
| **NATIONAL RECOVERY AGEN**<br>2491 PAXTON ST<br>HARRISBURG, PA 17111 | 11 | 0.00% | 0.00% | UNSECURED CREDITOR | 26957670 | 0.00 | $0.00 |
| **NATIONAL RECOVERY AGEN**<br>2491 PAXTON ST<br>HARRISBURG, PA 17111 | 12 | 0.00% | 0.00% | UNSECURED CREDITOR | 30438059 | 0.00 | $0.00 |
| **NATIONAL RECOVERY AGEN**<br>2491 PAXTON ST<br>HARRISBURG, PA 17111 | 13 | 0.00% | 0.00% | UNSECURED CREDITOR | 20010632 | 0.00 | $0.00 |
| **NATIONAL RECOVERY AGEN**<br>2491 PAXTON ST<br>HARRISBURG, PA 17111 | 14 | 0.00% | 0.00% | UNSECURED CREDITOR | 20040649 | 0.00 | $0.00 |
| **NATIONAL RECOVERY AGEN**<br>2491 PAXTON ST<br>HARRISBURG, PA 17111 | 15 | 0.00% | 0.00% | UNSECURED CREDITOR | 14117003 | 0.00 | $0.00 |
| **NATIONAL RECOVERY AGEN**<br>2491 PAXTON ST<br>HARRISBURG, PA 17111 | 16 | 0.00% | 0.00% | UNSECURED CREDITOR | 25830555 | 0.00 | $0.00 |
| **NATL HOSP COLLECTIONS**<br>PO BOX 699<br>MORGANTOWN, WV 26507 | 17 | 0.00% | 0.00% | UNSECURED CREDITOR | 99168701 | 0.00 | $0.00 |
| **NCO FIN/55**<br>PO BOX 13570<br>PHILADELPHIA, PA 19101 | 18 | 0.00% | 0.00% | UNSECURED CREDITOR | 57408527 | 0.00 | $0.00 |
| **PORTFOLIO RECOVERY**<br>ATTN: BANKRUPTCY<br>PO BOX 41067<br>NORFOLK, VA 23541 | 19 | 0.00% | 0.00% | UNSECURED CREDITOR | 5480420029559497 | 0.00 | $0.00 |
| **SEARS/CBNA**<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 | 20 | 0.00% | 0.00% | UNSECURED CREDITOR | 5049948055554739 | 0.00 | $0.00 |

| Creditor | Claim Info | Description |
|---|---|---|
| **GE CAPITAL RETAIL BANK**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>25 SE 2ND AVENUE, SUITE 1120<br>ATTN: RAMESH SINGH<br>MIAMI, FL 33131 | Trustee Claim Number: 21    INT %: 0.00%<br>Court Claim Number:    CRED %: 0.00%<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **ALLISON L CARR ESQ**<br>BERNSTEIN-BURKLEY PC<br>SUITE 2200 GULF TOWER<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 22    INT %: 0.00%<br>Court Claim Number:    CRED %: 0.00%<br>CLAIM: 0.00<br>COMMENT: DQ LIGHT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1  (CHAPTER 12)<br>PITTSBURGH PA 15219, PA 15219 | Trustee Claim Number: 23    INT %: 0.00%<br>Court Claim Number: 3    CRED %: 0.00%<br>CLAIM: 80.62<br>COMMENT: NT/SCH*SVC THRU FILING | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001<br>MO. PMT.: $0.00 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB FOR**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>POB 5001<br>WESTFIELD, IN 46074 | Trustee Claim Number: 24    INT %: 0.00%<br>Court Claim Number: 4    CRED %: 0.00%<br>CLAIM: 187,374.55<br>COMMENT: UNS BAL/OE*W2*FR CALIBER*DOC 109 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3423<br>MO. PMT.: $0.00 |
| **FELICIA E SANTILLAN ESQ**<br>775 4TH ST<br>BEAVER, PA 15009 | Trustee Claim Number: 25    INT %: 0.00%<br>Court Claim Number:    CRED %: 100.00%<br>CLAIM: 2,904.50<br>COMMENT: $FEE APP OE*5K EST/PL?*DKT | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.:<br>MO. PMT.: $100.00 |
| **FELICIA E SANTILLAN ESQ**<br>775 4TH ST<br>BEAVER, PA 15009 | Trustee Claim Number: 26    INT %: 0.00%<br>Court Claim Number:    CRED %: 100.00%<br>CLAIM: 4,000.00<br>COMMENT: $FEE APP OE*DKT | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4/11/17--12/6/17<br>MO. PMT.: $0.00 |
| **FELICIA E SANTILLAN ESQ**<br>775 4TH ST<br>BEAVER, PA 15009 | Trustee Claim Number: 27    INT %: 0.00%<br>Court Claim Number:    CRED %: 100.00%<br>CLAIM: 2,032.00<br>COMMENT: $FEE APP OE | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 12/11/14--12/6/17<br>MO. PMT.: $0.00 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 28    INT %: 0.00%<br>Court Claim Number:    CRED %: 0.00%<br>CLAIM: 0.00<br>COMMENT: VOLT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>MO. PMT.: $0.00 |