# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| Debtor: | JAMES T & HEATHER A MOORE |
| Case Number: | 13-24716-JAD    Chapter: 12 |
| Date / Time / Room: | WEDNESDAY, APRIL 04, 2018 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## Matter:

Continued Nunc Pro Tunc Motion To Approve Personal Injury Settlement filed by Debtor
- No Response Filed [Due 1/2/18]
- Hearing Held 1/10/2018 -Continued to 2/9/2018
- O/E 1/30/2018 Rescheduling Matter to 3/7/2018 at Doc. # 137
- OE 2/6/2018 Rescheduling Matter To 4/4/2018 at Doc.# 148
- Response Filed by Chapter 12 Trustee on 2/13/18 at Doc. # 151
R / M #:  120 / 0

## Appearances:

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): Edgardo D. Santillian, Esq.
INTERESTED PARTY: Sheryl Berkowiz, Esq. via CourtCall
CREDITOR:   Hax

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____
    _____ To Conciliation Conference For _____ at
    _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  Stipulation  9/1/  due

FILED
4/4/18 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge