# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JAMES T & HEATHER A MOORE
**Case Number:** 13-24716-JAD     **Chapter:** 12

**Date / Time / Room:** WEDNESDAY, APRIL 04, 2018 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Contested Hearing on Confirmation of Amended Chapter 12 Plan Dated 3/30/2017
- Conciliation Conference Minutes filed on 5/12/17 at Doc. # 102
- O/E 5/12/17 Confirming Plan at Doc. # 101
- Conciliation Conference Minutes filed on 6/30/17 at Doc. # 104
- Conciliaition Conference Minutes filed on 8/4/17 at Doc. # 107
- O/E confirming plan on interim basis on 8/4/17 at Doc. # 106
- Conciliation Conference Minutes filed on 12/6/17 at Doc. # 117
- Conciliation Conference Minutes filed on 2/16/18 at Doc. # 154 - Continued To Contested
R / M #: 95 / 0

## Appearances:

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): Edgardo Santillian, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
  ___ For At Least ___ Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at _____ AM/PM at _____
  ✓ To Conciliation Conference For May 24, 2018 at 2:00 AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- continued to concilication conference on 5/24/2018 at 2 PM.
Conciliation Conference will be telephonic. Parties to call
412-304-0132

FILED
4/4/18 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge