IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re* <br><br> **JAMES T. MOORE** and <br> **HEATHER A. MOORE (DECEASED)**, <br><br> Debtors. <br><br> --- <br><br> **LAW OFFICES OF ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A.**, <br><br> Movant, <br><br> v. <br><br> NO RESPONDENT, <br><br> Respondent. | Bankruptcy No. 13-24716 JAD <br><br> Chapter 12 <br><br> Hon. Jeffery A. Deller <br><br> Re. Doc. No. __157__ <br><br><br> FILED <br> 4/2/18 10:57 am <br> CLERK <br> U.S. BANKRUPTCY <br> COURT - WDPA |

## ORDER GRANTING CONSENT MOTION
## TO PERMIT TELEPHONIC APPEARANCE

AND NOW, this __2nd__ day of __April__, 2018, upon consideration of the foregoing Consent Motion filed by the Law Offices of Robert J. Fenstersheib & Associates, P.A. for leave to attend the hearing scheduled for April 4, 2018 by telephone, and with the consent of the parties and good cause appearing therefor, it is hereby ORDERED that the Consent Motion is granted. This Court's Order dated January 10, 2018 [Doc. No. 131] is amended to allow Movant's representative to attend and appear by telephone at the hearing scheduled for April 4, 2018. Parties should make telephonic arrangments through CourtCall at 866-582-6878.

By the Court,

*/s/ Jeffery A. Deller* jsf

Jeffery A. Deller
Chief Judge, United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-24716-JAD
James T Moore                                                           Chapter 12
Heather A Moore
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin                   Page 1 of 1              Date Rcvd: Apr 02, 2018
                               Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.
db/jdb         +James T Moore,    Heather A Moore,    163 Upper Service Road,    Hookstown, PA 15050-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Defendant    Caliber Home Loans agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D Santillan    on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Debtor James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Plaintiff James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
              Michael J Shavel    on behalf of Creditor    Wilmington savings fund society, fsb as trustee for
               Upland Mortgage Loan Trust A mshavel@hillwallack.com,  mosbeck@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Scott M. Hare    on behalf of Spec. Counsel    Law Offices of Robert J. Fenstersheib & Associates,
               P.A. scott@scottlawpgh.com,  share4@mac.com;candice@scottlawpgh.com
                                                                                              TOTAL: 14