# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** JAMES T & HEATHER A MOORE | FILED |
| **Case Number:** 13-24716-JAD    **Chapter:** 12 | 8/24/18 8:56 am |
| **Date / Time / Room:** TUESDAY, AUGUST 21, 2018 02:00 PM   3251 US STEEL | CLERK |
| **Hearing Officer:** CHAPTER 12 TRUSTEE | U.S. BANKRUPTCY COURT - WDPA |

**Matter:**

#95 - Continued Confirmation of Chapter 12 Plan Dated 3/30/2017 (FC)
R / M #: 95 / 0

**Appearances:** (Santillan - requested a continuance)

Debtor:
Trustee: (Winnecour) / Pail / Katz / DeSimone
Creditor:

**Proceedings:**

Outcome: Continued

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9-4-18 at 2:00 P.M.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ✓ Other:

Conciliation will be telephonic -
412-304-0132