UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-24716-JAD |
| | ) | |
| JAMES T. MOORE | ) | Chapter 12 |
| HEATHER A. MOORE | ) | |
| | ) | |
| Debtors | ) | Doc No. |
| ********************************* | ) | |
| JAMES T. MOORE | ) | Related to Doc Nos. 175 & 176 |
| HEATHER A. MOORE | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | Hearing date: 11/2/2018 @ 10:00a.m. |
| | ) | |
| MEDSTAR FUNDING as assignee of | ) | |
| SANCTUARY SURGICAL & ANESTHESIA | ) | |
| CENTER, as assignee of DR. MICHAEL | ) | |
| HULSE, as assignee of ONE POINT ORTHO | ) | |
| & NEURO SURGERY GROUP, as assignee | ) | |
| of MEDCARE MANAGERS, as assignee of | ) | |
| PERIMETER SURGERY CENTER | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO CLAIMS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Claims filed on September 5, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Claims appears thereon. Pursuant to the Summons, objections to the Objection to Claims were to be filed and served no later than September 22, 2018.

It is hereby respectfully requested that the Order on the Objection to Claim be entered by the Court.

Dated: September 25, 2018              **/s/ Edgardo D. Santillan**
                                        Edgardo D. Santillan, Esquire
                                        PA ID# 60030
                                        SANTILLAN LAW, P.C.
                                        775 Fourth St.
                                        Beaver, PA 15009
                                        724-770-1040
                                        ed@santillanlaw.com