UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES T. MOORE | ) | Bankruptcy No. 13-24716-JAD |
| HEATHER A. MOORE | ) | |
|                Debtors | ) | Chapter 12 |
| _____ | ) | |
| EDGARDO D. SANTILLAN, ESQUIRE | ) | Related Doc # 177 & 178 |
|                Applicant | ) | |
| | ) | Hearing Date: 11/2/2018 @ 10:00a.m. |
| | ) | |

## **CERTIFICATION OF NO OBJECTION REGARDING**
## **APPLICATION FOR COMPENSATION**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on September 5, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation appears thereon. Pursuant to the Summons, objections to the Application for Compensation were to be filed and served no later than September 24, 2018.

      It is hereby respectfully requested that the Order on the Application for Compensation be entered by the Court.

Dated: September 25, 2018                      **/s/ Edgardo D. Santillan**
                                                    Edgardo D. Santillan, Esquire
                                                    PA ID# 60030
                                                    SANTILLAN LAW, P.C.
                                                     775 Fourth St.
                                                     Beaver, PA 15009
                                                     724-770-1040
                                                     ed@santillanlaw.com