# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** JAMES T & HEATHER A MOORE
- **Case Number:** 13-24716-JAD  **Chapter:** 12
- **Date / Time / Room:** TUESDAY, SEPTEMBER 04, 2018  02:00 PM  3251 US STEEL
- **Hearing Officer:** CHAPTER 12 TRUSTEE

FILED
9/28/18 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#95 - Continued Confirmation of Chapter 12 Plan Dated 3/30/2017 (FC)
R / M #: 95 / 0

**Appearances:** Santillan

- Debtor: (circled)
- Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

**Proceedings:**

Outcome: Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11-14-18 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Conciliation will be telephonic
412-304-0132

8/24/2018  9:04:31AM