**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-24716-JAD |
| | ) | |
| JAMES T. MOORE | ) | Chapter 12 |
| HEATHER A. MOORE | ) | |
| | ) | |
| Debtors | ) | Doc No. 175 |
| ******************************** | ) | |
| JAMES T. MOORE | ) | Related to Doc Nos. |
| HEATHER A. MOORE | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | Hearing date: |
| | ) | |
| MEDSTAR FUNDING as assignee of | ) | |
| SANCTUARY SURGICAL & ANESTHESIA | ) | |
| CENTER, as assignee of DR. MICHAEL | ) | |
| HULSE, as assignee of ONE POINT ORTHO | ) | |
| & NEURO SURGERY GROUP, as assignee | ) | |
| of MEDCARE MANAGERS, as assignee of | ) | |
| PERIMETER SURGERY CENTER | ) | |
| | ) | |
| Respondent. | ) | |

FILED
9/26/18 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

**AND NOW,** to-wit, this  26th  of  September , 2018, upon consideration of the **OBJECTION TO CLAIM,** it is hereby **ORDERED, ADJUDGED and DECREED** that the Objection is sustained. The claim of Medstar Funding claims number 5,6,7 8 & 9  is disallowed and stricken in the as a result of Respondent's failure to file a timely claim.

BY THE COURT:

_____ jsf
JEFFERY A. DELLER,  JUDGE
UNITED STATES BANKRUPTCY

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James T Moore
Heather A Moore
    Debtors

Case No. 13-24716-JAD
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Sep 26, 2018
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
db/jdb         +James T Moore,    Heather A Moore,    163 Upper Service Road,    Hookstown, PA 15050-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
           Inc., solely in its capacity as servicer andygornall@latouflawfirm.com
         Andrew F Gornall    on behalf of Defendant    Caliber Home Loans andygornall@latouflawfirm.com
         Edgardo D Santillan    on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
           edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
           eds.myecfemail@gmail.com,r53999@notify.bestcase.com
         Edgardo D Santillan    on behalf of Debtor James T Moore ed@santillanlaw.com,
           edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
           eds.myecfemail@gmail.com,r53999@notify.bestcase.com
         Edgardo D Santillan    on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
           edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
           eds.myecfemail@gmail.com,r53999@notify.bestcase.com
         Edgardo D Santillan    on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
           edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
           eds.myecfemail@gmail.com,r53999@notify.bestcase.com
         Edgardo D Santillan    on behalf of Plaintiff James T Moore ed@santillanlaw.com,
           edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
           eds.myecfemail@gmail.com,r53999@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
           Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
         Michael J Shavel    on behalf of Creditor    Wilmington savings fund society, fsb as trustee for
           Upland Mortgage Loan Trust A mshavel@hillwallack.com,
           lcampbell@hillwallack.com;mosbeck@hillwallack.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
         Scott M. Hare    on behalf of Spec. Counsel    Law Offices of Robert J. Fenstersheib & Associates,
           P.A. scott@scottlawpgh.com,    8047805420@filings.docketbird.com
                                                                                                                             TOTAL: 14