IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

In Re:

James T. Moore
Heather A. Moore

DEBTOR

----------------------------------------

Edgardo Santillan

APPLICANT

vs.

NO RESPONDENT

Case Number: 13-24716-JAD

Chapter 12

Document No. 177

Hearing Date: November 2, 2018 @ 10:00a.m.

FILED
9/26/18 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

**AND NOW,** to-wit, this __26th__ day of __September__, 2018, the **APPLICATION OF Edgardo Santillan FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$13,679.90** for services rendered on behalf of the Debtor(s) for the period between September 30, 2013 through September 04, 2018, which represents **$13,637.50** in attorney fees and $42.40 in costs. The Debtors have paid $5,000.00 bringing the balanced owed to $8,679.90. The Chapter 12 Trustee shall distribute these funds with the first available funds.

BY THE COURT:

_____
U.S. Bankruptcy Court Judge    jsf

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                             Case No. 13-24716-JAD
James T Moore                                                      Chapter 12
Heather A Moore
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1              Date Rcvd: Sep 26, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
db/jdb         +James T Moore,   Heather A Moore,   163 Upper Service Road,   Hookstown, PA 15050-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Defendant    Caliber Home Loans andygornall@latouflawfirm.com
              Edgardo D Santillan    on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Debtor James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Plaintiff James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
              Michael J Shavel    on behalf of Creditor    Wilmington savings fund society, fsb as trustee for
               Upland Mortgage Loan Trust A mshavel@hillwallack.com,
               lcampbell@hillwallack.com;mosbeck@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Scott M. Hare    on behalf of Spec. Counsel    Law Offices of Robert J. Fenstersheib & Associates,
               P.A. scott@scottlawpgh.com,  8047805420@filings.docketbird.com
                                                                                              TOTAL: 14