# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** JAMES T & HEATHER A MOORE
**Case Number:** 13-24716-JAD    **Chapter:** 12
**Date / Time / Room:** WEDNESDAY, NOVEMBER 14, 2018 02:00 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 12 TRUSTEE

FILED
11/20/18 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#95 - Continued Confirmation of Chapter 12 Plan Dated 3/30/2017 (FC)
R / M #: 95 / 0

## *Appearances:*

Debtor: _Santitha n_ (signature)
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: _(signature)_

## *Proceedings:*

Outcome: _Continued_

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _✓_ Plan/Motion continued to _12-11-18_ at _11:00 a.m._
   → telephonic 412.304.0132
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/7/2018    2:35:12PM