# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    **Debtor:** JAMES T & HEATHER A MOORE
    **Case Number:** 13-24716-JAD      **Chapter:** 12
    **Date / Time / Room:** TUESDAY, DECEMBER 11, 2018 11:00 AM    3251 US STEEL
    **Hearing Officer:** CHAPTER 12 TRUSTEE

FILED
12/13/18 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#95 - Continued Confirmation of Chapter 12 Plan Dated 3/30/2017 (FC)
R / M #: 95 / 0

*Appearances:*

Debtor: Santillan (signature)
Trustee: **Winnecour** / Pail / Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 5/10/19 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

telephonic conciliation call-in number

l's

412-304-0132