IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>James T. Moore and<br>Heather A. Moore<br>    Debtor(s) | Bankruptcy No. 13-24716-JAD<br><br>Chapter 12 |
| Ronda J. Winnecour, Chapter 12 Trustee,<br><br>    Movant,<br><br>    Vs.<br><br>James T. Moore and<br>Heather A. Moore<br>    Respondent(s) | Related To Doc. No. 193 |

ORDER OF COURT

AND NOW, this __8th__ day of __March__, 2019, upon consideration of the Trustee's Motion to Distribute Lump Sum Funds and Complete Chapter 12 Plan, it is hereby

ORDERED that the Chapter 13 Trustee is to make the following distributions to adequately resolve the goals of the Plan and complete this Chapter 12 Case:

| | | |
|---|---|---|
| Felicia E. Santillan, Esquire | $4,000.00 | per Order Entered at docket 127 |
| Felicia E. Santillan, Esquire | $2,032.00 | per Order Entered at docket 125 |
| Edgardo D. Santillan, Esquire | $4,100.00 | |
| Edgardo D. Santillan, Esquire | $8,679.90 | |
| Attorney Scott M. Hare | $14,209.90 | |
| Robert J. Fenstersheib, Esquire | $59,928.36 | |
| Wilmington Savings Bank | $20,085.14 | |
| General Unsecured Creditors | $5,000.00 | |
| Ronda J. Winnecour | $12,500.00 | |

It is further

ORDERED that All funds remaining from the settlement to be refunded to debtor. It is further

ORDERED that the Chapter 12 Trustee is authorized to receive $2,209.75 which represents Trustee fees resulting from prior distributions in

this case unrelated to the settlement and currently held in a separate escrow account. The Trustee's routine commission is 5% of the funds disbursed to creditors.

BY THE COURT:

_____
~~Jeffery A. Deller~~ Gregory L. Taddonio
United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
3/8/19 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-24716-JAD
James T Moore                                                             Chapter 12
Heather A Moore
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                Page 1 of 2            Date Rcvd: Mar 08, 2019
                              Form ID: pdf900           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
```
db/jdb        +James T Moore,    Heather A Moore,    163 Upper Service Road,    Hookstown, PA 15050-1447
cr             Duquesne Light Company,   c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA  15219
sp            +Felicia E. Santillan,    950 Corporation Street, Suite 304,    Beaver,, PA 15009-2625
sp            +Felicia E. Santillan,    Santillan Law Firm, P.C.,    775 Fourth Street,    Beaver, PA 15009-2108
acc           +Philip J. McHale, III,    600 Grant Street, Suite 3250,    Pittsburgh, PA 15219-2719
cr            +Wilmington savings fund society, fsb as trustee fo,    c/o Carrington Mortgage Services, LLC,
                P.O. Box 5001,   Westfield, IN 46074-5001
13745960       Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
13745961       Caliber Home Loans, Inc.,    PO Box 24610,    Oklahoma City, OK 73124-0610
14817841      +MedStar Funding,    7301 RR 620 N., Ste. 155-334,    Austin, TX 78726-4539
13745966       Nco Fin/55,   Po Box 13570,    Philadelphia, PA 19101
13745969      +Sears/cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
13745970      +U.S. Bank Trust, N.A. as trustee for,    VOLT Asset Holdings Trust XVI,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
14699373      +Wilmington Savings Fund Society, FSB,    P.O. Box 5001,    Westfield, IN 46074-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Mar 09 2019 02:33:20
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13745959      +E-mail/Text: ally@ebn.phinsolutions.com Mar 09 2019 02:30:22     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
13760315       E-mail/Text: ally@ebn.phinsolutions.com Mar 09 2019 02:30:22
                Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13823290      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 09 2019 02:31:38     Caliber Home Loans, Inc.,
                13801 Wireless Way,    Oklahoma City, OK 73134-2500
13745962      +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 09 2019 02:31:15
                Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13806159      +E-mail/Text: kburkley@bernsteinlaw.com Mar 09 2019 02:31:29     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13745963      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 09 2019 02:30:54     Midland Funding,    8875 Aero Dr,
                San Diego, CA 92123-2255
13745964      +E-mail/Text: Bankruptcies@nragroup.com Mar 09 2019 02:31:37     National Recovery Agen,
                2491 Paxton St,   Harrisburg, PA 17111-1036
13745965      +E-mail/Text: nhc@nhchome.com Mar 09 2019 02:30:21     Natl Hosp Collections,    Po Box 699,
                Morgantown, WV 26507-0699
13767820       E-mail/Text: blegal@phfa.org Mar 09 2019 02:30:57     PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,   HARRISBURG, PA 17105
13745967      +E-mail/Text: blegal@phfa.org Mar 09 2019 02:30:57     PHFA-HEMAP,    2101 N. Front Street,
                Harrisburg, PA 17110-1086
13745968       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 02:56:27
                Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541
13751622       E-mail/PDF: rmscedi@recoverycorp.com Mar 09 2019 02:33:20
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp             Law Offices of Robert J. Fenstersheib & Associates
cr             VOLT Asset Holdings Trust XVI, by Caliber Home Loa
13760316*      Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
                                                                                  TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: lfin                  Page 2 of 2                  Date Rcvd: Mar 08, 2019
                               Form ID: pdf900             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Defendant    Caliber Home Loans andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer andygornall@latouflawfirm.com
              Edgardo D Santillan    on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Plaintiff James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Debtor James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
              Michael J Shavel    on behalf of Creditor    Wilmington savings fund society, fsb as trustee for
               Upland Mortgage Loan Trust A mshavel@hillwallack.com,
               lcampbell@hillwallack.com;mosbeck@hillwallack.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Scott M. Hare    on behalf of Spec. Counsel    Law Offices of Robert J. Fenstersheib & Associates,
               P.A. scott@scottlawpgh.com,  8047805420@filings.docketbird.com
                                                                                             TOTAL: 14
```