Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James T Moore
Heather A Moore**
  Debtor(s)

Bankruptcy Case No.: 13−24716−JAD
Doc. No. 200
Chapter: 12
Docket No.: 201 − 200

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 24th of April, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/17/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **5/29/19 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/17/19.**

                                                                                    Jeffery A. Deller
                                                                                    United States Bankruptcy Judge

   cm: **All Parties**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                    Case No. 13-24716-JAD
James T Moore                                             Chapter 12
Heather A Moore
          Debtors
                            CERTIFICATE OF NOTICE
District/off: 0315-2           User: msch                  Page 1 of 2                  Date Rcvd: Apr 24, 2019
                               Form ID: 408                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
db/jdb         +James T Moore,    Heather A Moore,    163 Upper Service Road,    Hookstown, PA 15050-1447
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
sp             +Felicia E. Santillan,    Santillan Law Firm, P.C.,    775 Fourth Street,    Beaver, PA 15009-2108
sp             +Felicia E. Santillan,    950 Corporation Street, Suite 304,    Beaver,, PA 15009-2625
acc            +Philip J. McHale, III,    600 Grant Street, Suite 3250,    Pittsburgh, PA 15219-2719
cr             +Wilmington savings fund society, fsb as trustee fo,    c/o Carrington Mortgage Services, LLC,
                 P.O. Box 5001,    Westfield, IN 46074-5001
13745960        Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
13745961        Caliber Home Loans, Inc.,    PO Box 24610,    Oklahoma City, OK 73124-0610
14817841       +MedStar Funding,    7301 RR 620 N., Ste. 155-334,    Austin, TX 78726-4539
13745966        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13745969       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13745970       +U.S. Bank Trust, N.A. as trustee for,    VOLT Asset Holdings Trust XVI,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14699373       +Wilmington Savings Fund Society, FSB,    P.O. Box 5001,    Westfield, IN 46074-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2019 02:18:24
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13745959       +E-mail/Text: ally@ebn.phinsolutions.com Apr 25 2019 02:14:41     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13760315        E-mail/Text: ally@ebn.phinsolutions.com Apr 25 2019 02:14:41
                 Ally Financial serviced by Ally Servicing LLC,     PO Box 130424,    Roseville, MN 55113-0004
13823290       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 25 2019 02:16:28     Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
13745962       +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 25 2019 02:15:58
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13806159       +E-mail/Text: kburkley@bernsteinlaw.com Apr 25 2019 02:16:13     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13745963       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 25 2019 02:15:32     Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
13745964       +E-mail/Text: Bankruptcies@nragroup.com Apr 25 2019 02:16:27     National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13745965       +E-mail/Text: nhc@nhchome.com Apr 25 2019 02:14:39     Natl Hosp Collections,    Po Box 699,
                 Morgantown, WV 26507-0699
13767820        E-mail/Text: blegal@phfa.org Apr 25 2019 02:15:37     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13745967       +E-mail/Text: blegal@phfa.org Apr 25 2019 02:15:36     PHFA-HEMAP,    2101 N. Front Street,
                 Harrisburg, PA 17110-1086
13745968        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2019 02:30:18
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13751622        E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2019 02:18:25
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp             Law Offices of Robert J. Fenstersheib & Associates
cr             VOLT Asset Holdings Trust XVI, by Caliber Home Loa
13760316*      Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: msch                Page 2 of 2              Date Rcvd: Apr 24, 2019
                              Form ID: 408              Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Defendant    Caliber Home Loans andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer andygornall@latouflawfirm.com
              Edgardo D Santillan    on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Plaintiff James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Debtor James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
              Michael J Shavel    on behalf of Creditor    Wilmington savings fund society, fsb as trustee for
               Upland Mortgage Loan Trust A mshavel@hillwallack.com,
               lcampbell@hillwallack.com;mosbeck@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Scott M. Hare    on behalf of Spec. Counsel    Law Offices of Robert J. Fenstersheib & Associates,
               P.A. scott@scottlawpgh.com,  8047805420@filings.docketbird.com
                                                                                             TOTAL: 14
```