**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES T MOORE<br>HEATHER A MOORE<br>　　　　Debtor(s)<br><br>Ronda Winnecour<br>　Chapter 12 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:13-24716<br><br>Chapter 12<br><br>Document No.: |

**CHAPTER 12 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 12 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 12 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 12 plan, the history of payments to creditors and the claims filed in this Chapter 12 case. The Trustee now recommends that the Court treat this Chapter 12 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 12 Trustee's Final Report and Account** (the "final report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 24, 2019

/s/  Ronda Winnecour
RONDA J WINNECOUR PA ID #30399
OFFICE OF THE CHAPTER 12 TRUSTEE
WDPA
SUITE 3250 US STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA  15219
(412) 471-5566

**TRUSTEE'S REPORT OF RECEIPTS AND FINAL DISBURSEMENTS**

Ronda Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/06/2013 and confirmed on 4/11/14. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 275,219.12 |
| Less Refunds to Debtor | 100,488.28 | |
| TOTAL AMOUNT OF PLAN FUND | | 174,730.84 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 12,779.90 | |
|    Trustee Fee | 2,209.75 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,989.65 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 0.00 | 53,435.34 | 0.00 | 53,435.34 |
|     Acct: 3423 | | | | |
|   ALLY FINANCIAL | 5,381.03 | 5,381.03 | 349.52 | 5,730.55 |
|     Acct: 1539 | | | | |
| | | | | 59,165.89 |
| **Priority** | | | | |
|   EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES T MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES T MOORE | 100,488.28 | 100,488.28 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDGARDO D SANTILLAN ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANTILLAN LAW FIRM PC | 8,679.90 | 8,679.90 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX4/18 | | | | |
|   SANTILLAN LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EDGARDO D SANTILLAN ESQ | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX0/19 | | | | |
|   EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   2 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FELICIA E SANTILLAN ESQ | 2,904.50 | 2,904.50 | 0.00 | 2,904.50 |
|     Acct: | | | | |
|   FELICIA E SANTILLAN ESQ | 4,000.00 | 4,000.00 | 0.00 | 4,000.00 |
|     Acct: XXXXXXXXXX6/17 | | | | |
|   FELICIA E SANTILLAN ESQ | 2,032.00 | 2,032.00 | 0.00 | 2,032.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: XXXXXXXXXXXXX6/17 | | | | |
| LAW OFFICES OF ROBERT J FENSTERS| | 59,928.36 | 59,928.36 | 0.00 | 59,928.36 |
| Acct: | | | | |
| SCOTT M HARE ESQ | 14,209.90 | 14,209.90 | 0.00 | 14,209.90 |
| Acct: | | | | |
| RONDA J WINNECOUR PA ID #30399 | 12,500.00 | 12,500.00 | 0.00 | 12,500.00 |
| Acct: | | | | |
| | | | | 95,574.76 |
| **Unsecured** | | | | |
| PHFA(*) | 54,467.50 | 1,125.84 | 0.00 | 1,125.84 |
| Acct: XXX5393 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7059 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5444 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0549 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX9412 | | | | |
| NATIONAL RECOVERY AGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3697 | | | | |
| NATIONAL RECOVERY AGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3922 | | | | |
| NATIONAL RECOVERY AGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX4093 | | | | |
| NATIONAL RECOVERY AGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX7670 | | | | |
| NATIONAL RECOVERY AGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX8059 | | | | |
| NATIONAL RECOVERY AGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX0632 | | | | |
| NATIONAL RECOVERY AGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX0649 | | | | |
| NATIONAL RECOVERY AGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX7003 | | | | |
| NATIONAL RECOVERY AGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX0555 | | | | |
| NATL HOSP COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX8701 | | | | |
| NCO FIN/55 | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX8527 | | | | |
| PORTFOLIO RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX9497 | | | | |
| SEARS/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX4739 | | | | |
| DUQUESNE LIGHT COMPANY* | 80.62 | 1.67 | 0.00 | 1.67 |
| Acct: 0001 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY | 187,374.55 | 3,873.03 | 0.00 | 3,873.03 |
| Acct: 3423 | | | | |
| MEDSTAR FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3250 | | | | |
| MEDSTAR FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3250 | | | | |
| MEDSTAR FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3250 | | | | |
| MEDSTAR FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3250 | | | | |
| MEDSTAR FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3250 | | | | |

13-24716 Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 5,000.54 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 159,741.19 |

TOTAL
CLAIMED        95,574.76
PRIORITY        5,381.03
SECURED       241,922.67

Date: 04/24/2019

/s/ Ronda Winnecour

RONDA J WINNECOUR PA ID #30399
OFFICE OF THE CHAPTER 12 TRUSTEE WDPA
SUITE 3250 US STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA  15219
(412) 471-5566

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JAMES T MOORE<br>    HEATHER A MOORE<br>        Debtor(s)<br><br>    Ronda Winnecour<br>        Movant<br>      vs.<br>    No Repondents. | Case No.:13-24716<br><br>Chapter 12<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 12 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 12 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 12 Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                      BY THE COURT:

                                                      _____
                                                      U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-24716-JAD
James T Moore                                                       Chapter 12
Heather A Moore
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 2                Date Rcvd: Apr 24, 2019
                              Form ID: pdf900         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
db/jdb         +James T Moore,    Heather A Moore,    163 Upper Service Road,    Hookstown, PA 15050-1447
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
sp             +Felicia E. Santillan,    Santillan Law Firm, P.C.,    775 Fourth Street,    Beaver, PA 15009-2108
sp             +Felicia E. Santillan,    950 Corporation Street, Suite 304,    Beaver,, PA 15009-2625
acc            +Philip J. McHale, III,    600 Grant Street, Suite 3250,    Pittsburgh, PA 15219-2719
cr             +Wilmington savings fund society, fsb as trustee fo,    c/o Carrington Mortgage Services, LLC,
                 P.O. Box 5001,    Westfield, IN 46074-5001
13745960        Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
13745961        Caliber Home Loans, Inc.,    PO Box 24610,    Oklahoma City, OK 73124-0610
14817841       +MedStar Funding,    7301 RR 620 N., Ste. 155-334,    Austin, TX 78726-4539
13745966        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13745969       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13745970       +U.S. Bank Trust, N.A. as trustee for,    VOLT Asset Holdings Trust XVI,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14699373       +Wilmington Savings Fund Society, FSB,    P.O. Box 5001,    Westfield, IN 46074-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2019 02:18:58
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13745959       +E-mail/Text: ally@ebn.phinsolutions.com Apr 25 2019 02:14:41     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13760315        E-mail/Text: ally@ebn.phinsolutions.com Apr 25 2019 02:14:41
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13823290       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 25 2019 02:16:28     Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
13745962       +E-mail/Text: vmcpherson@creditmanagementcompany.com Apr 25 2019 02:15:58
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13806159       +E-mail/Text: kburkley@bernsteinlaw.com Apr 25 2019 02:16:10     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13745963       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 25 2019 02:15:32     Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
13745964       +E-mail/Text: Bankruptcies@nragroup.com Apr 25 2019 02:16:27     National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13745965       +E-mail/Text: nhc@nhchome.com Apr 25 2019 02:14:39     Natl Hosp Collections,    Po Box 699,
                 Morgantown, WV 26507-0699
13767820        E-mail/Text: blegal@phfa.org Apr 25 2019 02:15:36      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13745967       +E-mail/Text: blegal@phfa.org Apr 25 2019 02:15:36      PHFA-HEMAP,    2101 N. Front Street,
                 Harrisburg, PA 17110-1086
13745968        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2019 02:29:56
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13751622        E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2019 02:18:25
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp              Law Offices of Robert J. Fenstersheib & Associates
cr              VOLT Asset Holdings Trust XVI, by Caliber Home Loa
13760316*       Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
                                                                                     TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: msch                 Page 2 of 2                  Date Rcvd: Apr 24, 2019
                              Form ID: pdf900            Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Defendant    Caliber Home Loans andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer andygornall@latouflawfirm.com
              Edgardo D Santillan    on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Plaintiff James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan    on behalf of Debtor James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
              Michael J Shavel    on behalf of Creditor    Wilmington savings fund society, fsb as trustee for
               Upland Mortgage Loan Trust A mshavel@hillwallack.com,
               lcampbell@hillwallack.com;mosbeck@hillwallack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Scott M. Hare    on behalf of Spec. Counsel    Law Offices of Robert J. Fenstersheib & Associates,
               P.A. scott@scottlawpgh.com,  8047805420@filings.docketbird.com
                                                                                             TOTAL: 14
```