IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO 13-24716-JAD |
| | : | |
| JAMES MOORE | : | CHAPTER 12 |
| HEATHER MOORE (DECEASED) | : | |
| | : | |
| DEBTORS | : | |
| VS. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| CHAPTER 12 TRUSTEE | : | |
| | : | |
| RESPONDENT | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 12 Plan.

2. Include whichever one of the two following statements applies:
    The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1228 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1228(a)(1) of the Bankruptcy Code. Section 1228(f) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 4, 2014 at docket number 54 & 55, Debtors, James & Heather Moore complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated <u>April 30, 2019</u>          /s/ Edgardo D. Santillan
                                      Edgardo D. Santillan Esquire
                                      PA ID No. 60030
                                      SANTILLAN LAW, P.C.
                                      775 Fourth St.
                                      Beaver, PA 15009
                                      724-770-1040
                                      ed@santillanlaw.com

**PAWB Local Form 24 (07/13)**