**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James T Moore** | Social Security number or ITIN **xxx−xx−0181** |
| | First Name    Middle Name    Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Heather A Moore** | Social Security number or ITIN **xxx−xx−4786** |
| | First Name    Middle Name    Last Name | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **13−24716−JAD**

## Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(a) is granted to:

James T Moore                                                    Heather A Moore

5/20/19                                                          **By the court:** <u>Jeffery A. Deller</u>
                                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 12 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                    Case No. 13-24716-JAD
James T Moore                                                             Chapter 12
Heather A Moore
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2             User: lfin                 Page 1 of 2               Date Rcvd: May 20, 2019
                                 Form ID: 3180F             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db/jdb         +James T Moore,   Heather A Moore,   163 Upper Service Road,   Hookstown, PA 15050-1447
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
sp             +Felicia E. Santillan,   Santillan Law Firm, P.C.,   775 Fourth Street,   Beaver, PA 15009-2108
sp             +Felicia E. Santillan,   950 Corporation Street, Suite 304,   Beaver,, PA 15009-2625
acc            +Philip J. McHale, III,   600 Grant Street, Suite 3250,   Pittsburgh, PA 15219-2719
cr             +Wilmington savings fund society, fsb as trustee fo,   c/o Carrington Mortgage Services, LLC,
                 P.O. Box 5001,   Westfield, IN 46074-5001
13745960        Caliber Home Loans,   PO Box 619063,   Dallas, TX 75261-9063
13745961        Caliber Home Loans, Inc.,   PO Box 24610,   Oklahoma City, OK 73124-0610
14817841       +MedStar Funding,   7301 RR 620 N., Ste. 155-334,   Austin, TX 78726-4539
13745966        Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
13745970       +U.S. Bank Trust, N.A. as trustee for,   VOLT Asset Holdings Trust XVI,   13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14699373       +Wilmington Savings Fund Society, FSB,   P.O. Box 5001,   Westfield, IN 46074-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 21 2019 02:06:01     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr              EDI: RECOVERYCORP.COM May 21 2019 05:48:00     Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,   Suite 1120,   Miami, FL  33131-1605
13745959       +EDI: GMACFS.COM May 21 2019 05:48:00     Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
13760315        EDI: GMACFS.COM May 21 2019 05:48:00     Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,   Roseville, MN 55113-0004
13823290       +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 21 2019 02:06:45     Caliber Home Loans, Inc.,
                 13801 Wireless Way,   Oklahoma City, OK 73134-2500
13745962       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 21 2019 02:06:23
                 Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13806159       +E-mail/Text: kburkley@bernsteinlaw.com May 21 2019 02:06:35     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13745963       +EDI: MID8.COM May 21 2019 05:48:00     Midland Funding,   8875 Aero Dr,
                 San Diego, CA 92123-2255
13745964       +E-mail/Text: Bankruptcies@nragroup.com May 21 2019 02:06:44     National Recovery Agen,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
13745965       +EDI: NHCLLC.COM May 21 2019 05:48:00     Natl Hosp Collections,   Po Box 699,
                 Morgantown, WV 26507-0699
13767820        E-mail/Text: blegal@phfa.org May 21 2019 02:06:12     PHFA/HEMAP,   211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17105
13745967       +E-mail/Text: blegal@phfa.org May 21 2019 02:06:11     PHFA-HEMAP,   2101 N. Front Street,
                 Harrisburg, PA 17110-1086
13745968        EDI: PRA.COM May 21 2019 05:48:00     Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
13751622        EDI: RECOVERYCORP.COM May 21 2019 05:48:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13745969       +EDI: SEARS.COM May 21 2019 05:48:00     Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp              Law Offices of Robert J. Fenstersheib & Associates
cr              VOLT Asset Holdings Trust XVI, by Caliber Home Loa
13760316*       Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
                                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: lfin              Page 2 of 2           Date Rcvd: May 20, 2019
                              Form ID: 3180F          Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2019 at the address(es) listed below:

```
              Andrew F Gornall     on behalf of Defendant    Caliber Home Loans andygornall@latouflawfirm.com
              Andrew F Gornall     on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer andygornall@latouflawfirm.com
              Edgardo D Santillan     on behalf of Spec. Counsel Felicia E. Santillan ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan     on behalf of Joint Debtor Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan     on behalf of Plaintiff James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan     on behalf of Plaintiff Heather A Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              Edgardo D Santillan     on behalf of Debtor James T Moore ed@santillanlaw.com,
               edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,
               eds.myecfemail@gmail.com,r53999@notify.bestcase.com
              James  Warmbrodt     on behalf of Creditor    VOLT Asset Holdings Trust XVI, by Caliber Home Loans,
               Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com
              Michael J Shavel     on behalf of Creditor    Wilmington savings fund society, fsb as trustee for
               Upland Mortgage Loan Trust A mshavel@hillwallack.com,
               lcampbell@hillwallack.com;mosbeck@hillwallack.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour     on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Scott M. Hare     on behalf of Spec. Counsel    Law Offices of Robert J. Fenstersheib & Associates,
               P.A. scott@scottlawpgh.com,  8047805420@filings.docketbird.com
                                                                                              TOTAL: 14
```